**EXHIBIT A**

| | |
|---|---|
| State of Illinois | ) |
| | ) ss |
| County of St. Clair | ) |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY
IN SUPPORT OF COMPLAINT FOR FORFEITURE**

I, Zachary Green, declare under penalty of perjury the following:

At all relevant times, I have been a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (BATFE). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

1. On September 17, 2021, a search warrant was executed at the residence of Dennis H. STEVENSON and Michelle L. HURTZ located in Washington Park, St. Clair County, Illinois. During the execution of the search warrant numerous subjects were located on the property and detained, including STEVENSON and HURTZ.

2. Once all subjects were secure, law enforcement personnel advised HURTZ of her Miranda Rights. Law enforcement personnel briefly spoke with HURTZ, who informed officers that there was no one else inside of the residence. HURTZ informed officers that there were at least 8 firearms inside of her home. HURTZ further stated that she might also be in possession of Methamphetamine somewhere inside of her residence.

3. Law enforcement personnel conducted a thorough search of the residence. During a search of STEVENSON and HURTZ's bedroom officers located the following items:

One Springfield XD-9 model 2 subcompact 9mm handgun, bearing serial number GM985465 (located under mattress);

One Star Firestar Plus 9mm handgun, bearing serial number 215803 (located under mattress);

  One Raven Arms MP-25 .25 caliber handgun, bearing serial number 868364 (Located under mattress);

  One Smith and Wesson .32 caliber revolver, bearing serial number 89157 (inside small safe in closet);

  One Mondial-Brevettata model 99X .22 caliber starter gun, bearing no serial number (located in a metal box under bed);

  One Hopkins and Allen XL Bulldog .32 caliber revolver, bearing serial number 11(located under mattress); and

  One Stevens Arms .22 caliber bolt action rifle, bearing no serial number (located on bedroom floor on the right side of the bed).

  4. On the nightstand to the right of the bed, law enforcement personnel located a clear plastic baggy containing suspected Methamphetamine. Law enforcement personnel also located a black plastic toolbox containing assorted firearm ammunition under the nightstand. In the living room of the residence, officers located a wallet containing identification items belonging to STEVENSON and a purse belonging to HURTZ. Additionally, a glass kitchenware dish containing a white crystal-like substance of suspected Methamphetamine. Law enforcement personnel also witnessed numerous items of drug paraphernalia such as glass pipes and used hypodermic syringes scattered throughout the residence.

  5. Law enforcement personnel also conducted a search of two campers located on the property where they discovered five (5) live rounds of .357 caliber bullets. All five bullets appeared to have strike markings on the primer that appeared as if someone attempted to fire them from an unknown firearm. In the second camper/RV, law enforcement personnel discovered 17 rounds of .22 caliber ammunition laying in plain view.

  6. STEVENSON and HURTZ were transported to the St. Clair County Sheriff's Department. Once at the Sheriff's Department, law enforcement personnel conducted interviews

with both STEVENSON and HURTZ.

7. Prior to the interview, STEVENSON acknowledged that he had been previously advised of his Miranda rights and that he fully understood those rights. STEVENSON was also reminded that the interview would be audio and video recorded. During the interview, STEVENSON stated that he resides at the residence in Washington Park, St. Clair County, Illinois, with his fiancé Michelle HURTZ and that he has lived there for about one year. STEVENSON stated that he was aware of the firearms located in the bedroom and further stated that some of the firearms should have been in the safe in his closet, but that they got careless and he left the firearms out.

8. STEVENSON stated that he has been to prison three times and that he knows that he is not allowed to be around firearms or ammunition. STEVENSON stated that he and HURTZ shoot the firearms on the property. STEVENSON stated that he and HURTZ were shooting the firearms the other night and that he was shooting the silver .9mm handgun.

9. STEVENSON further stated that he often uses Methamphetamine and that he got high the other day. STEVENSON stated that he had a little bag of dope in the tray by the recliner chair, but had no idea there was a bag of Methamphetamine in his bedroom.

10. Prior to her interview, HURTZ acknowledged that she had been previously advised of her Miranda rights and that she fully understood those rights. HURTZ was also reminded that the interview would be audio and video recorded. During the interview, HURTZ informed law enforcement personnel that she resides at the residence in Washington Park, St. Clair County, Illinois, with her fiancé, Dennis STEVENSON. HURTZ stated that she had eight firearms in the residence. HURTZ stated that she owns the silver 9mm handgun that should have been under her mattress. HURTZ stated that the black 9mm handgun belonged to Jacky Dale

Forgey. HURTZ further stated that she possesses some firearms that belonged to her deceased father along with a couple firearms that her sister-in-law purchased for her from a pawnshop in Missouri. HURTZ explained that her sister-in-law resides in Missouri and purchased a fold up shotgun, the silver .9mm handgun and another gun from the pawnshop. HURTZ stated that she paid approximately $300 or $400 for all three firearms. HURTZ stated that they take the guns out in the yard and shoot them.

11. HURTZ stated that both she and STEVENSON use Methamphetamine and that she got high a couple of days ago. HURTZ stated that she has been using Methamphetamine for more than twenty years. HURTZ stated that she knows STEVENSON is a convicted felon and is not allowed to be around firearms or ammunition. HURTZ further stated that she and STEVENSON took the guns out a couple of days ago and were shooting cans at their house. HURTZ stated that she was shooting the silver 9mm handgun and that STEVENSON was shooting all of the guns.

12. HURTZ has numerous drug-related arrests, including possession of a controlled substance, possession of drug paraphernalia, possession of a narcotic instrument, DUI/Drugs, and possession of methamphetamine.

13. On November 8, 2021, HURTZ filed a Seized Asset Claim Form claiming an interest in the following firearms and ammunition seized from her residence on September 17, 2021:

> **One Star Firestar Plus 9mm handgun, bearing serial number 215803;**
>
> **One Stevens Arms .22 caliber bolt action rifle, bearing no serial number;**
>
> **One Mondial-Brevettata model 99X .22 caliber starter gun, bearing no serial number;**

**553 Rounds of Assorted Ammunition; and**

**4 Rounds of Assorted Ammunition.**

13.     Based on the foregoing, declarant believes that the Star Firestar Plus 9mm handgun, bearing serial number 215803; the Stevens Arms .22 caliber bolt action rifle, bearing no serial number; the Mondial-Brevettata model 99X .22 caliber starter gun, bearing no serial number; the 553 Rounds of Assorted Ammunition; and the 4 Rounds of Assorted Ammunition constitutes firearms and ammunition involved in or used in a knowing violation of 18 U.S.C. Section 922(g)(3) and are subject to forfeiture pursuant to 18 U.S.C. Section 924(d).

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __2nd___ day of February, 2022.

                                                                          _____
                                                                          ZACHARY GREEN
                                                                          Special Agent
                                                                          Bureau of Alcohol, Tobacco, Firearms,
                                                                          and Explosives